**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING** | ) | |
| **S.A.R.L.** | ) | |
| | ) | **CIVIL NO. 6:14-CV-752** |
| **Plaintiff,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **v.** | ) | |
| | ) | |
| **APPLE INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**NOTICE OF APPEARANCE OF T. JOHN WARD, JR.**</u>

COMES NOW Plaintiff, Core Wireless Licensing S.a.r.l., and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, T. John Ward, Jr., State Bar Number 00794818, of the Ward & Smith Law Firm, P.O. Box 1231, Longview, Texas, 75606-1231, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ T. John Ward, Jr.
T. John Ward, Jr.
State Bar No. 00794818

Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@wsfirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 7th day of November, 2014.

/s/ T. John Ward, Jr.