**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 6:14-cv-00752 |

**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Apple Inc. hereby submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a).

Defendant Apple Inc. ("Apple"), through its undersigned counsel hereby certifies that Apple has no parent corporation and that no publicly held company owns more than 10% of Apple's outstanding common stock.

OF COUNSEL:

Eric Miller Albritton
ALBRITTON LAW FIRM
111 West Tyler Street
Longview, TX 75601
(903) 757-8449
ema@emafirm.com

Dated: November 17, 2014

*/s/ Joseph J. Mueller*
Joseph J. Mueller
(Massachusetts Bar No. 647567)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendant Apple Inc.*