**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CORE WIRELESS LICENSING S.A.R.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 6:14-cv-00752 |

**[PROPOSED] ORDER DISMISSING**
**<u>CORE WIRELESS LICENSING S.A.R.L's COMPLAINT</u>**

On considering Apple's Motion to Dismiss, the briefs filed in support and opposition thereto, and the entire record herein, the Court finds that Plaintiff Core Wireless Licensing S.A.R.L.'s Complaint fails to state a claim upon which relief can be granted. Apple's Motion is hereby GRANTED and Plaintiff Core Wireless Licensing S.A.R.L.'s Complaint is DISMISSED.

IT IS SO ORDERED