**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CORE WIRELESS LICENSING S.A.R.L. | § § | |
| v. | § § | Case No. 6:14-CV-752-JRG-JDL |
| APPLE INC. | § § § | |

## ORDER REGARDING TECHNOLOGY TUTORIALS

The parties are hereby **ORDERED** to submit three (3) courtesy copies of the technology tutorials previously submitted to the Court. Each courtesy copy shall be provided in hardcopy, color (if applicable), bound by a three-ring binder, and submitted directly to the Court by no later than Friday, August 21, 2015. Each binder shall be clearly identified by the cause number and the party sponsoring the tutorial.

**SIGNED this 18th day of August, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE