**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CORE WIRELESS LICENSING, S.A.R.L** | § § § | |
| *Plaintiff,* | § § | |
| | § | **CIVIL ACTION NO. 6:14-CV-751 JRG-JDL** |
| V. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **APPLE, INC.** | § § | |
| *Defendant.* | § § § | |
| **CORE WIRELESS LICENSING, S.A.R.L** | § § § | |
| *Plaintiff,* | § § | |
| | § | **CIVIL ACTION NO. 6:14-CV-752 JRG-JDL** |
| V. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **APPLE, INC.** | § § | |
| *Defendant.* | § § § | |

**ORDER**

The Court has received a bill representing services rendered and expenses incurred through September 11, 2015 by technical advisor, Richard Egan, Austin, Texas. The total amount of the invoice was $10,498.50, an amount covering only the 17 Apple, Inc. ("Apple") specific claim terms from the Group 1 and Group 3 term groupings. Upon review, the Court finds the total amount charged, $10,498.50 to be appropriate and **ORDERS** Plaintiff Core Wireless, S.a.r.l. to pay one half, $5,249.25, and Defendant Apple to pay one half, $5,249.25.

Payment should be made by September 25, 2015 to Richard Egan, O'Keefe, Egan, Peterman & Enders, LLP, 1101 S. Capital of Texas Hwy., Building C, Suite 200, Austin, Texas 78746 and reference Invoice Number 46424.

**So ORDERED and SIGNED this 11th day of September, 2015.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE